IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHILOH MISSILDINE and )<br>ASHLEY BARLETT MISSILDINE, )<br>Individually and as the )<br>Next Friends and Natural )<br>Parents of M.M., a Minor, )<br>  )<br>    Plaintiffs, )<br>  )<br>  v. )<br>  )<br>COMMUNITY ACTION COMMITTEE, )<br>INC.; et al., )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>  2:09cv419-MHT<br>      (WO) |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 45), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Artosha Edwards and the claims against said defendant are dismissed without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of November, 2009.

                          /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE