IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| SHILOH MISSILDINE and ) | |
| ASHLEY BARLETT MISSILDINE, ) | |
| Individually and as the ) | |
| Next Friends and Natural ) | |
| Parents of M.M., a Minor, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:09cv419-MHT |
| ) | (WO) |
| COMMUNITY ACTION COMMITTEE, ) | |
| INC.; COMMUNITY ACTION ) | |
| AGENCY OF CHAMBERS- ) | |
| TALLAPOOSA-COOSA, d/b/a ) | |
| V. ROBINSON HEAD START; ) | |
| DAVID BOLEWARE; GENEVA ) | |
| PEARSON; MACK BRADLEY; ) | |
| VIRGINIA ROBINSON; GERRY ) | |
| ANN TOLBERT; and TIMOTHY ) | |
| REESE, ) | |
| ) | |
|    Defendants. ) | |

                         JUDGMENT

    In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

    (1) Defendants Community Action Committee, Inc.,
        Community Action Agency of Chambers-Tallapoosa-

>Coosa, Inc., David Boleware, Geneva Pearson, Mack Bradley, Virginia Robinson, and Gerry Ann Tolbert's motions for summary judgment (doc. nos. 68 and 69) are granted as to the federal claim brought by plaintiffs Shiloh Missildine and Ashley Barlett Missildine against defendants Community Action Committee, Inc., and Community Action Agency of Chambers-Tallapoosa-Coosa, Inc. The motions are denied in all other respects.

(2) Judgment is entered in favor of defendants Community Action Committee, Inc., and Community Action Agency of Chambers-Tallapoosa-Coosa, Inc. and against the Missildine plaintiffs on their federal claim, with the Missildine plaintiffs taking nothing as to their federal claim.

It is further ORDERED that the Missildine plaintiffs' state claims are dismissed without prejudice and with leave to refile in state court.

It is further ORDERED that all other outstanding motions are denied and all outstanding objections are overruled.

It is further ORDERED that costs are assessed against the Missildine plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case is closed.

DONE, this the 2nd day of February, 2011.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE